# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DAVID BERRY,<br><br>       Plaintiff,<br><br>v.<br><br>TIMOTHY M. FRIESCH and FRIESCHSKY'S LLC,<br><br>       Defendants. | Case No. 20-CV-983-JPS<br><br>**ORDER** |

  On July 21, 2021, the Court stayed this case as to defendants Timothy Friesch ("Friesch") and Frieschsky's LLC ("Frieschsky's") pending the outcome of a related bankruptcy matter. (Docket #9). On January 11, 2022, the Court received a stipulation of dismissal of Friesch in light of the bankruptcy proceedings. (Docket #11). The Court will, therefore, adopt the parties' stipulation and dismiss the claims against Friesch with prejudice and without costs.

  Accordingly,

  **IT IS ORDERED** that the parties' stipulation (Docket #11) be and the same is hereby **ADOPTED**; the claims against Timothy M. Friesch be and the same are hereby **DISMISSED with prejudice and without costs**; and

  **IT IS FURTHER ORDERED** that Timothy M. Friesch be and the same is hereby dismissed from this action.

  Dated at Milwaukee, Wisconsin, this 13th day of January, 2022.

                BY THE COURT:

                _____
                J.P. Stadtmueller
                U.S. District Judge