# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DAVID BERRY,

              Plaintiff,

v.

TIMOTHY M. FRIESCH, STEPHEN J. DAILY, and FRIESCHSKY'S, LLC,

              Defendants.

Case No. 20-CV-983-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendant Stephen J. Daily be and the same is hereby **DISMISSED from the action without prejudice** (ECF No. 10);

     **IT IS FURTHER ORDERED AND ADJUDGED** that the parties' stipulation of dismissal (ECF No. 11) be and the same is hereby **ADOPTED**; Plaintiff David Berry's claims against Defendant Timothy M. Friesch be and the same are hereby **DISMISSED with prejudice and without costs** (ECF No. 12);

     **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Timothy M. Friesch be and the same is hereby **DISMISSED** from this action (ECF No. 12);

     **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff David Berry's claims against Defendant Frieschsky's, LLC be and the same are hereby **DISMISSED without prejudice** (ECF No. 13); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED** (ECF No. 13).

APPROVED:

J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

April 24, 2024
Date

*s/ Jodi L. Malek*
By: Deputy Clerk